**Maria FRANCO–WILLIAMS,
Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

**No. 02–74393, INS A76–689688.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 15, 2004.*

Decided May 11, 2004.

Martin Resendez Guajardo, Esq., Law Office of Martin Resendez Guajardo, San Francisco, CA, for Petitioner.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Elizabeth A. Kessler, Esq., Donald E. Keener, Esq., Michelle E. Gorden, Attorney, Washington, DC, for Respondent.

Before WALLACE, KOZINSKI and THOMAS, Circuit Judges.

## MEMORANDUM **

1. We deny Franco–Williams' petition for the reasons stated by the Board of Immigration Appeals in its disposition.

2. We deny Franco–Williams' motion to supplement the administrative record, as the supplement is unnecessary to our decision.

PETITION DENIED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

